

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**ADAM SETH ANDERSON,**

                    **Petitioner,**

    **vs.**

**SHARON BLACKETTER,**

                    **Respondent.**

**Civ. No. 06-1297-AS**

**ORDER  DISMISSING  HABEAS CORPUS PETITION**

This matter having come before the Court on the motion of the Petitioner to voluntarily dismiss his habeas corpus petition,

IT IS HEREBY ORDERED that the Petition for a Writ of Habeas Corpus is dismissed without prejudice.  In the event that the decision in *Blakely v. Washington*, 542 U.S. 296 (2004), is later made retroactive to cases on collateral review, Petitioner has leave to reopen this case only as to the *Blakely* issues, and the limitations period shall be deemed tolled from the date this Order is signed until sixty (60) days after the date of the decision rendering *Blakely*

retroactively applicable. If *Blakely* is made retroactive and the Petitioner moves to reopen this case during the above-referenced 60-day period, Petitioner may also amend the Petition as of right so as to properly plead all *Blakely*-based claims in this Court.

IT IS SO ORDERED this __6__ day of March, 2007.

The Honorable Donald C. Ashmanskas
U.S. Magistrate Judge

Submitted by:

/s/ Thomas J. Hester
Thomas J. Hester
Attorney for Petitioner

Lynn Larsen (by consent)
Attorney for Respondent

CERTIFICATE OF SERVICE